THE PEOPLE ex rel. THE UNITED VERDE COPPER COMPANY, Appellant, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.

(Argued March 2, 1896; decided March 13, 1896.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 3, 1895, which affirmed on certiorari a decision of the state comptroller, assessing a tax against the relator under chapter 542, Laws of 1880.

*Henry G. Atwater* for appellant.

*T. E. Hancock, Attorney-General,* for respondent.

Order affirmed on the authority of *People ex rel. American Contracting & Dredging Company* v. *Wemple* (129 N. Y. 558), with costs.

All concur.

---

THE PEOPLE ex rel. THE COMMERCIAL MUTUAL INSURANCE COMPANY, Respondent, *v.* MICHAEL COLEMAN et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Mem. of decision below, 89 Hun, 611.
(Argued March 2, 1896; decided March 13, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 18, 1895, which affirmed an order of Special Term striking out a portion of the return to a writ of certiorari brought to review an assessment of relator's property.

*James M. Ward* for appellants.

*Esek Cowen* for respondent.

Order affirmed, with costs, no opinion.
All concur.